UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RED ROCK RESORTS, INC.; et al.,

Plaintiffs - Appellants,

v.

NATIONAL LABOR RELATIONS BOARD; et al.,

Defendants - Appellees,

LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS,

Intervenor-Defendant - Appellee.

No. 25-6404

D.C. No.
2:24-cv-01966-ART-BNW
District of Nevada,
Las Vegas

ORDER

Before: SILVERMAN, BENNETT, and SANCHEZ, Circuit Judges.

The joint motion (Docket Entry No. 18) for summary disposition is granted.

**AFFIRMED.**